AO 470 (Rev. 01/09) Order Scheduling a Detention Hearing

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. 2:19-mj-00034-NJK |
| | ) | |
| VICTOR MANUEL PEREZ | ) | |
| *Defendant* | ) | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | Lloyd D. George United States Courthouse<br>333 Las Vegas Blvd., South<br>Las Vegas, NV 89101<br>before: Magistrate Judge Nancy J. Koppe. | Courtroom No.: | 3A |
|---|---|---|---|
| | | Date and Time: | January 14, 2019 at 11:00 AM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: January 11, 2019

*Judge's signature*

NANCY J. KOPPE, United States Magistrate Judge
*Printed name and title*

_X_ FILED   ___ RECEIVED
___ ENTERED   ___ SERVED ON
COUNSEL/PARTIES OF RECORD

JAN 11, 2019

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY