RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
REBECCA A. LEVY
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Rebecca_Levy@fd.org

Attorney for Victor Manuel Perez

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:19-cr-00020-APG-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING** (First Request) |
| v. | |
| VICTOR MANUEL PEREZ, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Rebecca A. Levy, Assistant Federal Public Defender, counsel for Victor Manuel Perez, that the Sentencing Hearing currently scheduled on February 24, 2022 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court, but no earlier than forty-five (45) days.

The Stipulation is entered into for the following reasons:

1.      Counsel for the defendant needs additional time to investigate and gather mitigation information for Mr. Perez, which is relevant to the sentencing disposition of this case.

2.      The defendant is not incarcerated and does not object to the continuance.

3.      The parties agree to the continuance.

This is the first stipulation to continue filed herein.

DATED this 7th day of February 2022.

RENE L. VALLADARES                          CHRISTOPHER CHIOU
Federal Public Defender                     Acting United States Attorney


      */s/ Rebecca A. Levy*                        */s/ Allison Reese*
By_____          By_____
REBECCA A. LEVY                             ALLISON REESE
Assistant Federal Public Defender           Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>VICTOR MANUEL PEREZ,<br><br>                    Defendant. | Case No. 2:19-cr-00020-APG-EJY<br><br>**ORDER** |

    IT IS ORDERED that the sentencing hearing currently scheduled for Thursday, February 24, 2022 at 10:30 a.m., be vacated and continued to April 21, 2022 at the hour of 2:30 p.m. in Las Vegas Courtroom 6C.

    DATED this 8th day of February 2022.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

3