CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853
ALLISON REESE
Nevada Bar Number 13977
Assistant United States Attorney
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Email: allison.reese@usdoj.gov
*Attorneys for the United States of America*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:19-cr-00020-APG-EJY |
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND GOVERNMENT'S DEADLINE TO RESPOND TO DEFENDANT'S SENTENCING MEMORANDUM** |
| VICTOR MANUEL PEREZ, | **(First Request)** |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher Chiou, Acting United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rebecca Levy, Assistant Federal Public Defender, counsel for Victor Manuel Perez, that the Government's deadline to respond to Defendant's Sentencing Memorandum, currently set for May 9, 2022, be vacated and continued to May 10, 2022.

This Stipulation is entered into for the following reasons:

1. Counsel for the Government needs additional time to prepare the Government's response to Defendant's sentencing memorandum.

2. The defendant is not in custody and agrees to the continuance.

3.  The parties agree to the continuance.

4.  This is the first request for a continuance of the deadline.

DATED: May 9, 2022

CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada

*/s/ Allison Reese*
ALLISON REESE
Assistant United States Attorney

*/s/ Rebecca Levy*
REBECCA LEVY, AFPD
Counsel for Defendant
VICTOR MANUAL PEREZ

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>VICTOR MANUAL PEREZ,<br><br>     Defendant. | Case No.: 2:19-cr-00020-APG-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the Government's deadline to respond to Defendant's Sentencing Memorandum, currently set for May 9, 2022, is vacated and continued to May 10, 2022.

DATED this __10th__ day of May, 2022.

_____
HONORABLE ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE