PROBATION FORM NO. 35
(1/92)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

# United States District Court

FOR THE DISTRICT OF

NEVADA

UNITED STATES OF AMERICA

v.    Crim No. 2:19CR00020

Victor Manuel Perez

On May 12, 2022 the above named was placed on supervised release for a period of five (5) years. He/ has complied with the rules and regulations of supervised release and is no longer in need of supervised release. Additionally, the United States Attorney's Office has no opposition to Perez's early termination It is accordingly recommended that he be discharged from supervised release.

Respectfully submitted,

Digitally signed by Briana Casey
Date: 2025.06.12 09:58:25 -07'00'

Briana Casey
United States Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervised release and that the proceedings in the case be terminated.

Dated this 24th day of June, 2025.

Andrew P. Gordon
Chief United States District Judge